[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 21, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-12548

_____

D. C. Docket No. 07-00342-CR-T-23MAP

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

YOUSSEF SAMIR MEGAHED,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(January 21, 2009)**

Before HULL, WILSON and HILL, Circuit Judges.

PER CURIAM:

After review and oral argument, we conclude that the Appellant United

States has not shown, at this juncture, reversible error in the district court's pretrial

rulings as to the particular items of evidence that are the subject of this appeal.

**AFFIRMED.**